# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/17/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00052HG-LEK |
| CASE NAME: | Elizabeth Travis, et al. Vs. Arthur Michael Marten, et al. |
| ATTYS FOR PLA: | David A. Nakashima<br>Clair G. Burrill |
| ATTYS FOR DEFT: | Chayne Martin |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 2/17/2006 | TIME: | 9:40-9:50 |

COURT ACTION:  EP: Further Status Conference not held.  Chayne Martin unavailable.  Further Status Conference to be reset.

Submitted by: Warren N. Nakamura, Courtroom Manager