# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/23/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CIVIL NO. 03-00052HG

CASE NAME:        Elizabeth Travis, et al. Vs. Arthur Michael Marten, et al.

ATTYS FOR PLA:    David A. Nakashima
                  Clair G. Burrill

ATTYS FOR DEFT:   Chayne Marten (Defendant Pro Se)

INTERPRETER:

|  |  |  |  |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 2/23/2006 | TIME: | 10:03-10:08 |

COURT ACTION:  EP: Further Status Conference held.  Clair G. Burrill and Chayne Marten participated by phone.

Defendant are in compliance with agreement.

Briefing regarding Attorneys' Fees and Costs and sanctions.

Plaintiffs' Motion is due 3/16/06.
Memorandum in Opposition is due 4/6/06.
No Reply Memorandum allowed.

Magistrate Judge Leslie E. Kobayashi will take Motion under Advisement thereafter.

After the fees and costs issue is decided Magistrate Judge Leslie E. Kobayashi will recommend to Judge Helen Gillmor to enter Order for Dismissal.

Submitted by: Warren N. Nakamura, Courtroom Manager