IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ELIZABETH TRAVIS, ET AL., | ) | CIVIL NO. 03-00052 HG |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ARTHUR MICHAEL MARTEN, ET AL., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER OF DISMISSAL

The court having been advised by counsel for the

parties that the above-entitled proceeding has been settled, and

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this action is hereby dismissed with

prejudice, each party to bear its own costs and attorneys' fees.

The Court retains jurisdiction to reopen the proceeding within

thirty days of this order, upon good cause shown, if the

settlement conditions have not been satisfied.

IT IS SO ORDERED.

DATED at Honolulu, Hawaii, March 13, 2006.



_____
Helen Gillmor
Chief United States District Judge