# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

March 20, 2006

TO ALL COUNSEL

Re: CIVIL NO. 03-00052HG
ELIZABETH TRAVIS vs. ARTHUR MICHAEL MARTEN, ET AL.,

Dear Sir,

Please be advised that pursuant to Rule 77, FRCP, notice is hereby given that judgment was entered on March 16, 2006.

Sincerely Yours,

SUE BEITIA, CLERK

by: Laila M. Geronimo
Deputy Clerk

cc: all counsel of record