IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ELIZABETH TRAVIS, et al. ) | CV03-00052HG-LEK |
| ) | |
| Plaintiffs, ) | |
| ) | RECEIPT FOR EXHIBITS |
| vs. ) | |
| ) | |
| ARTHUR MICHAEL MARTEN, et ) | |
| al. ) | |
| ) | |
| Defendants. ) | |

DAVID A. NAKASHIMA, ESQ., attorney for Plaintiffs, informed the court on August 22, 2006 that he does not desire to have Plaintiff's Exhibit 14 returned to him.

The exhibit has been destroyed.

Submitted by: David H. Hisashima, Courtroom Manager